FILED
MAR 0 9 2016
Clerk, U.S. District Court
Texas Eastern

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:16CR 32 |
| | § | Judge Magistrate |
| JESUS FRANCISCO OLVERA-PEREZ | § | |
| aka Jesus Olera-Perez | § | |
| aka Jesus Francisco Perez | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### COUNT ONE

Violation: 8 U.S.C. § 1326(a) and
(b) (Reentry of Deported Alien)

On or about December 7, 2015, in McKinney, Texas, in the Eastern District of Texas, the defendant, **Jesus Francisco Olvera-Perez,** an alien who previously had been denied admission, excluded, deported and removed on or about March 29, 2012, knowingly and unlawfully was found in the United States. The defendant did not obtain consent for reapplication for admission into the United States from the Attorney General of the United States or Secretary of Homeland Security, the successor, pursuant to 6 U.S.C. §§ 202(3), 202(4) and 557.

All in violation of 8 U.S.C. § 1326(a) and (b).

JOHN M. BALES
United States Attorney

*[signature]*

WILLIAM R. TATUM
Assistant United States Attorney

A TRUE BILL,

*[signature]*

FOREMAN OF THE GRAND JURY

3-9-16
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 4:16CR |
| JESUS FRANCISCO OLVERA-PEREZ<br>aka Jesus Olera-Perez<br>aka Jesus Francisco Perez | § § § § | |

## NOTICE OF PENALTY

<u>Violation:</u>   8 U.S.C. §1326(a) and (b)

<u>Penalty:</u>   Not more than two years imprisonment, a fine not to exceed $250,000, or both; supervised release of not more than one year;

If removal was subsequent to a conviction for commission of three or more misdemeanors involving drugs, crimes against the person, or both, or a felony other than an aggravated felony - not more than 10 years imprisonment, a fine not to exceed $250,000, or both; supervised release of not more than 3 years;

If removal was subsequent to a conviction for commission of an aggravated felony - not more than 20 years imprisonment, a fine not to exceed $250,000, or both; supervised release of not more than 3 years.

<u>Special Assessment</u>: $100.00